IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| GREENTREE MIDWEST, INC. | ) | CASE NO. 08 B 3891 |
| | ) | |
| DEBTOR. | ) | HONORABLE JUDGE GOLDGAR |

**NOTICE OF MOTION**

TO: SEE ATTACHED SERVICE LIST

    PLEASE TAKE NOTICE that on the 17th day of March, 2010 at 10:30 A.M. or as soon thereafter as Counsel may be heard, I shall appear before the Honorable Judge Goldgar in Courtroom 613 at the Dirksen Federal Building 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached MOTION FOR ENTRY OF A FINAL DECREE AND TO SHORTEN NOTICE THEREOF, at which time you may appear if you so desire.

                                              **GREENTREE MIDWEST, INC.**, Movant

                              BY   /S/CHRIS D. ROUSKEY
                              **CHRIS D. ROUSKEY**
                              ROUSKEY AND BALDACCI
                              151 SPRINGFIELD AVENUE
                              JOLIET, ILLINOIS 60435
                              815-741-2118/FAX: 815-741-0670
                              IL REGISTRATION NO. 03123595

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | )SS. |
| COUNTY OF WILL | ) |

**CERTIFICATE OF SERVICE**

    The Undersigned, an Attorney, certifies that he served a copy of the foregoing pleadings upon the above-named parties by causing the same to be mailed via First Class U.S. Mail, postage prepaid, at Joliet, Illinois on the 4th day of March, 2010.

                                 /S/CHRIS D. ROUSKEY
                              **CHRIS D. ROUSKEY**
                              ROUSKEY AND BALDACCI
                              151 SPRINGFIELD AVENUE
                              JOLIET, ILLINOIS 60435
                              815-741-2118/FAX: 815-741-0670
                              IL REGISTRATION NO. 03123595

**SERVICE LIST**

Mr. Cameron Gulden
UNITED STATES TRUSTEE
219 S. Dearborn Street, #873
Chicago, IL 60604

FIFTH THIRD BANK
Attorney David Hazan
111 N. County Street
Waukegan, IL 60085

ROYAL PEARL
55 E. Washington Street, #641
Chicago, IL 60602

FIRST CLASS TRADING
C/O COFACE NORTH AMERICA
50 Millstone Road
Building 100, #360
East Windsor, NJ 08520

DELL FINANCIAL SERVICES
2234 N. I.H.35
Austin, TX 78757

Mr. Richard Vein
ILLINOIS DEPT. OF REVENUE
100 W. Randolph Street, Level 7-400
Chicago, IL 60601

DILAMANI DESIGNS
98 Cuttermill Road, #262
Great Neck, NY 11021

EMPIRE CORPORATION
6262 S. Route 83, #307
Willowbrook, IL 60527

ALADDIN GOLD CREATIONS
3649 Woodhead Drive
Northbrook, IL 60062

BELAIR TIME CORP.
1995 Swartmore Avenue
Lakewood, NJ 08701

COMMONWEALTH EDISON
Bankruptcy Section/
Revenue Management
2100 Swift Drive
Oakbrook, IL 60523