IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| GREENTREE MIDWEST, INC. | ) | CASE NO. 08 B 3891 |
| | ) | |
| DEBTOR. | ) | HONORABLE JUDGE GOLDGAR |

### ORDER APPROVING MOTION OF THE DEBTOR FOR ENTRY OF A FINAL DECREE AND TO SHORTEN NOTICE THEREOF

THIS MATTER coming upon the Motion for Entry of a Final Decree and to Shorten Notice Thereof filed by the Debtor, GREENTREE MIDWEST, INC., for entry of a Final Decree and to shorten notice thereof; and the Court having fully considered the Motion and proper and sufficient notice of the Motion having been provided; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. 157(b)(2); and it appearing the venue of this proceeding and this Motion is proper in the District pursuant to 28 U.S.C. 1408 and 1409; and due and adequate notice of the Motion having been given; and no further notice of the Motion need be given; and it appearing that entry of a Final Decree closing this Chapter 11 case is appropriate pursuant to 11 U.S.C. 350(a); it is hereby:

ORDERED, ADJUDGED, AND DECREED THAT:

A. The Motion is GRANTED.

B. The instant Chapter 11 case is hereby closed.

C. The notice of the Motion given by the Debtor is proper and sufficient, and no further notice is required.

~~D. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.~~

DATED: **17 MAR 2010**

_____
UNITED STATES BANKRUPTCY JUDGE