STATE OF ILLINOIS    )
                     )SS.
COUNTY OF WILL       )

## CERTIFICATE OF SERVICE

    The Undersigned, an Attorney, certifies that he served a copy of the foregoing pleadings on the parties listed below by causing the same to be mailed via First Class U.S. Mail, postage prepaid, at Joliet, Illinois on March 23, 2010 addressed as follows:

Mr. James B. Sowka
UNITED STATES TRUSTEE
219 S. Dearborn Street, #873
Chicago, IL 60604

Fifth Third Bank
C/O Attorney David Hazan
111 N. County Street
Waukegan, IL 60085

Grandeur Creations, Inc.
146 W. 29th Street, #9E
New York, NY 10001

Dell Financial Services
One Dell Way
Round Rock, TX 78682

John Bockman
226 Willowwood Drive
Oswego, IL 60543

Cordova, Inc.
Post Office Box 521831
Flushing, NY 11352

Crown Findings, Inc.
23 W. 47th Street
New York, NY 10036

DEX/R.H. Donnelley
8519 Innovation Way
Chicago, IL 60682

Empire Corporation
6262 S. Route 83
Willowbrook, IL 60514

Federal Express
Post Office Box 94515
Palatine, IL 60094

Aladdin Gold Creations
3649 Woodhead Drive
Northbrook, IL 60062

Aurora Window Cleaning Co.
Post Office Box 1124
Aurora, IL 60507

Bank of America
Post Office Box 15710
Wilmington, DE 19886

Belair Time Corp.
1995 Swartmore Avenue
Lakewood, NJ 08701

Bijou, Inc.
4716 Delemere Road
Royal Oak, MI 48073

City of Aurora
Post Office Box 2697
Aurora, IL 60507

Crown Creations, Inc.
23 W. 47th Street
New York, NY 10036

D'Amico Manufacturing Co.,Inc.
Post Office Box 113804
North Providence, RI 02911

Dilamani Designs
98 Cutter Mill Road, #262
Great Neck, NY 11021

Engel Brothers Corporation
38 Bee Brook Road
Washington Depot, CT 06794

Fox Metro W.R.D.
Post Office Box 109
Montgomery, IL 60538

Gottlieb & Sons
200 E. Ninth Street
Cleveland, OH 44115

I.V. Corporation
29 E. Madison Street, #1514
Chicago, IL 60602

J.S. Company
Post Office Box 2
Highland Park, IL 60035

Jewelvision, Inc.
2 W. 46th Street, #510
New York, NY 10036

Kruskal Designs
440 Somerville Blvd.
Somerville, MA 02143

Legere
Post Office Box 546
Attleboro, MA

Liturgical Publications, Inc.
Post Office Box 10817
New Berlin, WI 53151

Monaya Imports
217 McLean Blvd., #1A
Elgin, IL 60123

Overnight Mountings, Inc.
21-21 44th Drive
Long Island City, NY 11101

Special Service Partners
Post Office Box 5038
Toledo, OH 43611

SSP Corporation
Post Office Box 5038
Toledo, OH 43611

Super Bell Jewelry Co.
606 S. Olive Street
LosAngeles, CA 90014

Frankenmuth Insurance
One Mutual Avenue
Frankenmuth, MI 48787

First Class Trading, Inc.
C/O Coface North America, Inc.
50 Millstone Rd. Bldg.100,#360
East Windsor, NJ 08520

Ice Mountain
6661 Dixie Highway, #4
Louisville, KY 40258

Jewels Direct, Inc.
611 Wilshire Blvd., #920
LosAngeles, CA 90017

Krueger Custom Jewelry
2275 Carrington Lane
Aurora, IL 60504

L.A. Mounting
650 S. Hill, #418
LosAngeles, CA 90014

Levy Corporation
29 E. Madison Street
Chicago, IL 60602

Michael Couch, Inc.
4601 Westown Parkway, #218
West Des Moines, IA 50266

Oro International, Inc.
665 N. Walnut Street
Elmhurst, IL 60126

Royal Pearl Co.
55 E. Washington Street, #641
Chicago, IL 60602

Speidel
25 Fairmont Avenue
East Providence, RI 02914

Stevens Jewelers, Inc.
4711 Golf Road, #802
Skokie, IL 60076

Tim Roark, Inc.
1401 Peachtree Street, #234
Atlanta, GA 30309

W.J. Hagerty and Sons
Post Office Box 1496
South Bend, IN 46624

West Aurora Plaza, LLC
666 Dundee Road, #901
Northbrook, IL 60062

Yellow Book USA
2560 Renaissance Blvd.
King of Prussia, PA 19406